ALBERT JANUSAUSKAS *v.* RICHARD A. FICHMAN

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 672 (AC 19521), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff was entitled to a new trial on an implied contract theory?"

The Supreme Court docket number is SC 16823.

*Kerry R. Callahan* and *Barbara A. Frederick,* in support of the petition.

*Edward F. Hennessey* and *Linda L. Morkan,* in opposition.

Decided September 5, 2002

ALBERT JANUSAUSKAS *v.* RICHARD A. FICHMAN

The plaintiff's cross petition for certification for appeal from the Appellate Court, 68 Conn. App. 672 (AC 19521), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was insufficient evidence to support a claim of a Connecticut Unfair Trade Practices Act violation by the defendant?"

The Supreme Court docket number is SC 16823X01.

*Edward F. Hennessey,* in support of the cross petition.

*Kerry R. Callahan* and *Barbara A. Frederick,* in opposition.

Decided September 5, 2002